# EXHIBIT 2

## WITHDRAWAL

Complainant's Name: __Dave McCutcheon__     Case Number: __NPS-13-0274__

I do not intend to pursue the above-referenced formal complaint and am withdrawing the formal complaint. I understand that the Equal Employment Opportunity Programs at the National Park Service will close the complaint and will have no obligation to further process the complaint. I am forwarding my written withdrawal form to the address indicated below:

> National Park Service
> Office of Equal Opportunity Programs
> 1201 Eye Street, NW, Suite 530A (2740)
> Washington, DC 20005

_____     __12/16/2013__
Complainant                                              Date

_____     _____
Complainant's Representative (if applicable)     Date

NOTE: BASED ON MITIGATION RESULTS DATED ON NOVEMBER 21, 2013. I HERE WITDRAW THIS EEO CASE. HOWEVER, IF MR BROWN CONTINUES HIS DISCRIMINATION, RETALIATION, HARASSMENT AND REPRICAL TOWARDS ME, I SHALL FILE OR REOPEN THE COMPLAINT ON HIM IN THE FUTURE. D.J.Mc