```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVID MCCUTCHEON,

                       **Plaintiff,**                     20-CV-10616 (GHW)(VF)

        -against-                                **ORDER**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                       **Defendants.**

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On April 26, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than <u>May 4, 2022</u>, providing the Court with an update on their progress on discovery and settlement in light of the pending Motion to Dismiss.

**SO ORDERED.**

DATED:    New York, New York
               April 27, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge