UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID MCCUTCHEON,

                      Plaintiff,            20-CV-10616 (GHW)(VF)

    -against-                        **ORDER**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                    Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Parties are directed to file a joint letter by **Thursday, September 1, 2022 at 5:00 pm** updating the Court on the status of settlement.

**SO ORDERED.**

DATED:    New York, New York
             August 23, 2022

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge