```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCCUTCHEON,

                               Plaintiff,                    20-CV-10616 (GHW)(VF)

        -against-                                       **ORDER**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                              Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the pending partial motion to dismiss (ECF No. 25), the parties are directed to file a joint letter by **Friday, October 21, 2022,** updating the Court on whether settlement discussions have meaningfully progressed, or if not, whether the Court should address the motion at ECF No. 25 at this time.

**SO ORDERED.**

DATED:    New York, New York
              October 17, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge