**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**DAVID MCCUTCHEON,**

                                        **Plaintiff,**

             -against-

**UNITED STATES OF AMERICA DEPARTMENT**
**OF INTERIOR, NATIONAL PARKS SERVICE, et al,**

                                        **Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/14/2023 _

**20-CV-10616 (GHW)(VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The parties are directed to meet and confer and submit a new proposed case management

plan by no later than **July 5, 2023.** The parties are also directed to request a status conference

with the Court, should they determine that one would be helpful.

**SO ORDERED.**

DATED:        New York, New York
              June 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge