UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCCUTCHEON,

                                Plaintiff,                  20-CV-10616 (GHW)(VF)

-against-                  **ORDER SCHEDULNG**
                                                                         **TELEPHONIC CONFERENCE**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                                Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference to address the Government's anticipated motion to compel raised in the letter at ECF No. 69 is hereby scheduled for **Monday, May 6, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       Any response from Plaintiff should be submitted by no later than **Wednesday, May 1, 2024.**

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 69.

**SO ORDERED.**

DATED:      New York, New York
                  March 13, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge