UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCCUTCHEON,

                     Plaintiff,                     20-CV-10616 (GHW)(VF)

        -against-                           **<u>ORDER</u>**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                     Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the Memo Endorsement on May 1, 2024, (<u>see</u> ECF No. 74), the discovery deadlines in this case were stayed 30 days to allow Plaintiff to find new counsel. New counsel for Plaintiff has yet to make a notice of appearance on the docket. The conference to address the Government's anticipated motion to compel raised in the letter at ECF No. 69 scheduled for **<u>June 10, 2024, at 10:00 a.m. is hereby adjourned.</u>**

      If Plaintiff has retained new counsel, they are directed to make an appearance on the docket by **June 13, 2024**. Alternatively, Plaintiff is directed to submit a letter to the Court by **June 13, 2024**, regarding whether he plans to proceed pro se with this matter or if he is still seeking counsel.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

    Dave McCutcheon
    100-26 67th Rd. Apt. 1C.
    Forest Hills, NY 11375

    **SO ORDERED.**

DATED:     New York, New York
                 June 7, 2024

                                                            _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge