**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DAVID MCCUTCHEON,

                       Plaintiff,                       **20-CV-10616 (GHW)(VF)**

            -against-                            **ORDER**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al,

                       Defendants.

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff is directed to find and retain new counsel by **Friday, August 30, 2024.** If

Plaintiff has retained new counsel, they are directed to make an appearance on the docket by that

date. Alternatively, Plaintiff is directed to submit a letter to the Court by **Friday, August 30,**

**2024** regarding whether he plans to proceed *pro se* in this matter, or if he is still seeking counsel.

       The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following

address:

       Dave McCutcheon
       100-26 67th Rd. Apt. 1C.
       Forest Hills, NY 11375

       **SO ORDERED.**

DATED:     New York, New York
            July 16, 2024

                                       _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge