<u>Attention:</u> The Clerk of Court for Ms. Valerie Figueredo, United States Magistrate Judge

<u>Mailing Address:</u> United States District Court, Southern District of New York. U.S. The Daniel Patrick Moynihan Courthouse Building. 500 Pearl Street, New York, NY 10007-1312

<u>From:</u> Dave McCutcheon, Plaintiff, 100-26 67th Rd. Apt. 1C. Forest Hills, NY 11375

<u>Subject:</u> Case ref: 20-CV-10616(GHW)(VF)- Follow up on Request extension to end of November 2024 on retaining a new attorney in reference to my letter dated on August 28, 2024 in the attachment.

<u>Date:</u> September 15, 2024

Dear Magistrate Judge Valerie Figueredo,

    I was told by Mr. David Farber, Assistant United States Attorney that the Court never received my certified request letter mailed and dated on August 28, 2024 to respond your letter dated on July 16, 2024 that I enclose here a copy for your reference(See Exh.1). I also include in this mailing: a copy of my letter to the Court dated on August 28, 2024, that I mailed this signed letter to the Court (Exh.2) and a copy of the Court receipt showing August 30 2024 when the Court received this signed letter dated on August 28, 2024(Exh.3). I guess the Court didn't process my letter request received on August 30, 2024 timely prior issuing me the letter dated September 3, 2024 to schedule a conference on September 18, 2024(Exh.4), which I believe it is an error from the Court processing system/database due to timing.

    I am suffering from PTSD which my such disability has been made aware to the defendant and the court from my previous attorney, Mr. John Scola. I need retain an appropriate new attorney to represent me, especially due to my PTSD condition, in addition to the amount of events, status and supporting materials which requires tremendous efforts and consideration for transitioning my case to a successor attorney because my previous attorney, Mr. John Scola, had been handing my case since earlier 2020 till June 2024 across over 4 years.

    Please kindly consider and grant me an extension toward to end of November 2024 to retain an appropriate replacement attorney. I am anxiously waiting for your further confirmation through a mailing notification to my home address.

    On September 11, 2024 around 1:41pm, there was a phone call from 212 805-0003 to me and left an unclear voice message referring from the Court on my case, but I couldn't understand the name and phone number and/or extension to return the phone call. I also don't know if it was a Fraudulent call on the date of 9/11 which my PTSD condition was originally caused from 9/11 event in 2001. Normally, I am not available to speak over the phone and don't have access to personal email during my work time from Monday to Friday currently from 7:30am to 4:00pm. Meanwhile, I do prefer the Court mail me a letter to respond my extension request towards end of November 2024 and please include an appropriate contact name, phone number and email address to contact you as needed instead of leaving me phone voice message.

Best Regards,

Dave McCutcheon

*[signature]*

**RECEIVED SEP 18 2024**
**VALERIE FIGUEREDO**
**U.S. MAGISTRATE JUDGE**
**S.D.N.Y.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Exh. 1

DAVID MCCUTCHEON,

                          Plaintiff,                      20-CV-10616 (GHW)(VF)

               -against-                           **ORDER**

UNITED STATES OF AMERICA DEPARTMENT
OF INTERIOR, NATIONAL PARKS SERVICE, et al.

                        Defendants.

**VALERIE FIGUEREDO, United States** [text cut off]

    *Plaintiff is directed to find and retain* [text cut off]

*Plaintiff has retained* new counsel, they are [text cut off]

date. Alternatively, Plaintiff is directed to sub[text cut off]

**2024** regarding whether he plans to proceed p[text cut off]

    The Clerk of Court is respectfully dir[ected...]

address:

        Dave McCutcheon
        100-26 67th Rd. Apt. 1C.
        Forest Hills, NY 11375

    **SO ORDERED.**

*DATED:*     New York, New York
              July 16, 2024

Nothing to

Attention: The Clerk of Court for Ms. Valerie Figueredo, United States Magistrate Judge

Mailing Address: United States District Court, Southern District of New York. U.S. The Daniel Patrick Moynihan Courthouse Building. 500 Pearl Street, New York, NY 10007-1312

From: Dave McCutcheon, Plaintiff, 100-26 67th Rd. Apt. 1C. Forest Hills, NY 11375
    Cell phone no: (917) 929-3609

Subject: Request extension to end of November 2024 on retaining a new counsel in response to your letter: 20-CV-10616(GHW)(VF), dated on July 16, 2024 in the attachment.

Date: August 28, 2024

Dear Magistrate Judge Valerie Figueredo,

My previous counsel, Mr. John Scola, had been handing my case since earlier 2020 till June 2024 across over 4 years, which the amount of events, status and supporting materials requires tremendous efforts and consideration for transitioning my case to a successor counsel. Since I returned home last month in the mid of July 2024, and upon your request, I have been and still in the process on actively seeking, negotiating to determine an appropriate counsel to represent my case which I mentioned above that my case had filed and investigated across over 4 years now.

Please kindly consider and grant me an extension at least to the end of October or November 2024 to retain an appropriate replacement counsel. I am anxiously waiting for your further notification through mailing, and/or a phone voice message to me at (917) 929-3609.

Best Regards,

Dave McCutcheon

*[signature]*

Exh. 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MS VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NY
THE DANIEL PATRICK
UNITED STATES C[...]
500 PEARL ST[...]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Rec[...]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCCUTCHEON,

                                Plaintiff,                              **20-CV-10616 (VF)**

           -against-                                       **SCHEDULING ORDER**

DEBRA HAALAND,

                                Defendant.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On May 2, 2024, the Court stayed all discovery deadlines to allow Plaintiff to retain new counsel. ECF No. 75. On June 20, 2024, Plaintiff informed the Court that he needed more time to retain counsel and requested until September to do so. See ECF No. 76. On July 16, 2024, Plaintiff was directed to find and retain new counsel by Friday, August 30, 2024 or, alternatively, submit a letter to the Court indicating that he plans to proceed pro se or is still seeking counsel. ECF No. 77. To date, no new counsel for Plaintiff has appeared in the case, and Plaintiff has not submitted a letter updating the Court on the status of his search.

       Any stay of discovery in this matter is hereby lifted. A conference to address the issues raised by Defendant in her Letter Motion at ECF No. 69 is hereby scheduled for **Wednesday, September 18, 2024 at 2:00 p.m.** The parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial **(888) 808-6929; access code [9781335]**.

       The Clerk of Court is directed to mail this Order to Plaintiff at the following address:

Dave McCutcheon
100-26 67th Rd. Apt. 1C.
Forest Hills, NY 11375

**SO ORDERED.**

DATED:    New York, New York
                September 3, 2024                                VALERIE FIGUEREDO
                                                                      United States Magistrate Judge

FROM:
DAVE MCCUTCHEON
100-26 67th ROAD APT 1-C
FOREST HILLS, N.Y 11375

TO:
THE CLERK OF COURT FOR MS VALERIE
FIGUEREDO, UNITED STATES MAGISTRATE
JUDGE
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK US
THE DANIEL PATRICK MOYNIHAN
COURTHOUSE BUILDING.

RECEIVED SEP 18 2024 Pro-Se

U.S. POSTAGE PAID
PM
NEW YORK, NY 10004
SEP 16, 2024
$19.80