UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID MCCUTCHEON,

                            Plaintiff,                      **20-CV-10616 (VF)**

            -against-                         **SCHEDULING ORDER**

DEBRA HAALAND,

                            Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference in this matter is hereby scheduled for **Wednesday, October 23, 2024 at 4:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff at this address:

Dave McCutcheon
100-26 67th Rd. Apt. 1C.
Forest Hills, NY 11375

      **SO ORDERED.**

DATED:    New York, New York                _____
            September 16, 2024                VALERIE FIGUEREDO
                                                           United States Magistrate Judge