UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID MCCUTCHEON,

                Plaintiff,                20-CV-10616 (VF)

      -against-                **SCHEDULING ORDER**

DEBRA HAALAND,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     A discovery conference in this matter is hereby scheduled for **Wednesday, December 4, 2024 at 4:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646)-453-4442; access code [253 279 085#].**

     Plaintiff is informed that he may have a relative or friend attend the conference if he so chooses.

     The Clerk of Court is respectfully directed to mail this Order to Plaintiff at this address:

Dave McCutcheon
100-26 67th Rd. Apt. 1C.
Forest Hills, NY 11375

     **SO ORDERED.**

DATED:    New York, New York
              October 29, 2024          _____
                                               VALERIE FIGUEREDO
                                               United States Magistrate Judge