UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID MCCUTCHEON,

                    Plaintiff,                    20-CV-10616 (VF)

      -against-                  **SCHEDULING ORDER**

DEBRA HAALAND, *Secretary of the United States Department of Interior*,

                    Defendant.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference held on December 4, 2024, the deadline for the completion of fact discovery is extended to **February 28, 2025**. The deadline for Plaintiff and Defendant to disclose any expert witnesses is extended to **March 7, 2025**. The deadline to complete all expert discovery is extended to **April 30, 2025**.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff at this address:

Dave McCutcheon
100-26 67th Rd. Apt. 1C.
Forest Hills, NY 11375

      **SO ORDERED.**

DATED:    New York, New York
               December 4, 2024

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge