

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 11, 2025

**By ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    *McCutcheon v. Burgum*, 20 Civ. 10616 (VF)[1]

Dear Judge Figueredo:

      This Office represents Secretary of the Interior Doug Burgum (the "Government"), in this employment discrimination matter brought by plaintiff David McCutcheon ("Plaintiff"), who is proceeding *pro se* in this matter. Pursuant to this Court's Individual Practices, I write together with Plaintiff to respectfully to request a 60-day extension, *nunc pro tunc*, of the current expert discovery deadlines in this matter. *See* ECF No. 84.

      The reason for the requested extension is to allow the parties to engage in discussions with a view towards a potential resolution of this matter, now that fact discovery has closed on February 28, 2025. The requested extension will allow the Government an opportunity to seek settlement authority and provide time for the parties to engage in good faith settlement discussions. The parties respectfully request that the Court extend the deadlines for expert disclosures and the completion of expert discovery by 60 days, as outlined below:

- Deadline for the parties' expert disclosures – May 6, 2025 (from March 7, 2025).

- Deadline to complete all expert discovery – June 30, 2025 (from April 30, 2025).

      \* \* \*

---

[1] Secretary Burgum is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

We thank the Court for its consideration of this request.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York

By:   /s/ *David Farber*
      DAVID E. FARBER
      Assistant United States Attorney
      Tel.: (212) 637-2772
      david.farber@usdoj.gov

CC:   David McCutcheon
       100-26 67th Road, Apt. 1C
       Forest Hills, NY 11375
       (by certified mail and email)